ACCEPTED
03-14-00529-CV
4312640
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/27/2015 12:01:31 PM
JEFFREY D. KYLE
CLERK

# NO. 03-14-00529-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/27/2015 12:01:31 PM
JEFFREY D. KYLE
Clerk

# In the Third Court of Appeals

### JEROME J. ISAAC AND MICHELLE P. ISAAC,

*Appellants,*

**v.**

### VENDOR RESOURCE MANAGEMENT, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND CITIMORTGAGE, INC.,

*Appellees.*

*On Appeal from Cause No. 13-04720-C26*
*26th District Court, Williamson County, Texas*
*Hon. Billy Ray Stubblefield, Judge Presiding*

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEE VENDOR RESOURCE MANAGEMENT

TO THE HONORABLE THIRD COURT OF APPEALS:

Comes now, VENDOR RESOURCE MANAGEMENT, INC. ("Appellee") and respectfully move the Court to extend the time to file APPELLEE'S BRIEF by 30 days to April 3, 2015 and for said motion would show the Court as follows:

### A. Background

1.  The notice of appeal for this cause was filed on August 26, 2014 and the Clerk's Record was filed on November 6, 2014.

2. The Reporter's Record was filed on November 17, 2014. Appellant's brief was filed on February 2, 2015, after a notice of late brief and the granting of an unopposed extension.

3. Appellee's brief is currently due on March 4, 2015. Appellee requests an additional 30 days to file Appellee's brief, extending the due date to April 3, 2015.

## B. Argument & Authorities

4. No rule limits the time to file this motion to extend. The Court may grant an extension of time under Texas Rule of Appellate Procedure 38.6(d).

5. No previous extension of time to file Appellee's brief has been granted nor sought in this matter.

6. Appellee asks that the Court grant an extension of time to file Appellee's brief from such due date, or such other date as the court calculates, until April 3, 2015. Appellee's counsel has been unable to devote an appropriate effort to preparation of the brief due to professional and personal demands on Appellee's Counsel's time. During the briefing period, Appellee's counsel had due two motions for summary judgment and two answers for suits filed in federal court in addition to his usual case load and court appearances. In addition, Appellee's counsel had three significant family obligations during the briefing period that have made it difficult to work during the evenings and on weekends.

## D. Prayer

7. For these reasons, Appellee asks the Court to grant an extension of time to file its brief until April 3, 2015 and grant Appellee such other and further relief to which it may be entitled or is in the interest of justice.

Respectfully Submitted,

JACK O'BOYLE & ASSOCIATES
Attorney for Appellee

*/s/Chris Ferguson*
□ Jack O'Boyle
SBN 15165300
□ Travis Gray
SBN 24044965
XXChris Ferguson
SBN 24069714
P.O. Box 815369
Dallas, Texas 75381
Phone: 972.247.0653
Fax: 972.247.0642
chris@jackoboyle.com

## Certificate Regarding Conference

I conferred with Appellant's Attorney, Michael Brinkley, by email on February 26, 2015 and Mr. Brinkley stated that he is not opposed to this motion. In addition, I also contacted counsel for the other Appellee's, John Ellis, and he too is unopposed to this motion.

Date: February 27, 2015

*/s/Chris Ferguson*
Chris Ferguson

## Certificate of Service

I certify that on February 27, 2015 a true and correct copy of the foregoing was served via EFILETx.Gov e-service upon the following:

Michael Brinkley
BRINKLEY LAW, PLLC
TBN: 03004300
m@michaelbrinkley.com
P.O. BOX 820711
FORTH WORTH, TEXAS 76182
P: 817.284.3535 // F: 888.388.6031
Counsel for Michelle P. and Jerome J. Isaac

Susan A. Kidwell and John W. Ellis
Locke Lord L.L.P.
jellis@lockelord.com
TBN: 24032626  TBN: 24078473
600 Congress Avenue, Suite 2200
Austin, Texas 78701
P: 512.305-4700//F:512.305.4800
Counsel for Citimortgage, Inc., and Mortgage Electronic Registration Systems, Inc.

*/s/Chris Ferguson*
Chris Ferguson